IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELLY M. SMITH, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO.: 12-00187-KD-B |
| | ) |
| COMMUNITY LOANS OF AMERICA, | ) |
| INC., *et al.*, | ) |
|     Defendants. | ) |

## JUDGMENT

In conjunction with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the parties' "Joint Motion to Approve Settlement Agreement" (Doc. 30) and "Joint Motion to Approve Amended Settlement Agreement" (Doc. 32) with the amended settlement agreement (Doc. 35) – including Plaintiff's counsel's request for attorneys' fees and costs therein -- is **GRANTED** such that the FLSA Settlement (as amended) is **APPROVED.** Accordingly, this action is **DISMISSED WITH PREJUDICE.**

It is further **ORDERED, ADJUDGED** and **DECREED,** that Plaintiff Kelly M. Smith is due to be paid the sum of **$27,500.00** ($4,287.42 for unpaid wages, $4,287.42 for liquidated damages, $425.16 for breach of contract, and $18,500.00 in attorneys' fees and costs).

The Court does not retain jurisdiction to enforce the settlement agreement.

**DONE** and **ORDERED** this the **30**[th] day of **January 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**